# EXHIBIT A

Case 2:21-cv-00005-DJH   Document 1-3   Filed 01/04/21   Page 2 of 17

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
G. Roa, Deputy
10/26/2020 1:17:00 PM
Filing ID 12147211

STEVE M. TIDMORE, ESQ.
State Bar No. 007228
JESSE L. MILLER, ESQ.
State Bar No. 031859
TIDMORE LAW OFFICES, P.L.L.C.
301 East Bethany Home Road, Suite C-178
Phoenix, Arizona 85012
Phone: (602) 264-1973
Fax: (602) 230-7377
Email: stidmore@tidmorelaw.com

Attorneys for Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| CARI A. MILLER fka CARI A. CLARK, an adult woman,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a corporation; JOHN DOES I-V; JANE DOES I-V; BLACK PARTNERSHIPS I-V; and WHITE CORPORATIONS I-V,<br><br>Defendant. | Case No.: CV2020-013608<br><br>C O M P L A I N T<br>(Tort, Motor Vehicle) |

Plaintiff Cari A. Miller fka Cari A. Clark ("Plaintiff"), by and through her counsel undersigned, alleges as follows:

1. At all times material hereto, Plaintiff was a resident of Maricopa County, Arizona.

1

2. At all times material hereto, Defendant Costco Wholesale Corporation ("Defendant") was a corporation authorized to do business within the state of Arizona with multiple contacts within Maricopa County.

3. The names of John Does I-V, Jane Does I-V, Black Partnerships I-V, and White Corporations I-V are unknown to Plaintiff, but upon ascertaining their names, Plaintiff will ask leave of the Court to insert their true names in lieu of the fictitious names herein sued upon.

4. Defendant has caused acts out of which this lawsuit arose to occur in Maricopa County, Arizona. The amount in controversy exceeds the Court's minimum jurisdictional amount. This is a Tier 3 case.

5. On November 1, 2018, Plaintiff was shopping at Defendant's business premises located at 4570 East Cactus Road in Phoenix, Arizona. Plaintiff entered a freezer room containing eggs and butter. After retrieving eggs and placing them in her shopping cart, Plaintiff stepped forward. As she did so, her feet slipped on a puddle of water that had accumulated on the cement floor of the freezer room causing her to fall forward, striking her knees and hands on the floor.

6. After Plaintiff fell, a young, male employee of Defendant advised Plaintiff that the refrigeration unit for the freezer room had been leaking and causing puddles to accumulate on the floor.

7. Defendant has a duty to maintain its business premises in a reasonably safe condition and to remedy unreasonably hazardous conditions. Further, Defendant

had a duty to inspect its business premises and to place invitees entering its business premises on notice of unreasonably hazardous conditions.

8. Defendant breached its duties to Plaintiff by failing to repair the leaking refrigeration unit or take other remedial measures to stop water from accumulating in puddles on the cement floor of the freezer room. Further, Defendant breached its duties to Plaintiff by failing to place signs in the freezer room notifying Plaintiff and other invitees of the unreasonably hazardous condition posed by the water leaking from the refrigeration unit and puddling on the cement floor.

9. The unreasonably hazardous condition posed by the leaking refrigeration unit and the accumulation of water on the cement floor was reasonably foreseeable Defendant breached its duties to Plaintiff and other invitees by failing to remedy the foreseeable risk posed by the accumulation of water on the cement floor and by failing to place Plaintiff and other invitees on notice of the unreasonably hazardous condition posed by water puddles on the cement floor.

10. The November 1, 2018, incident causing injury to Plaintiff occurred as a result of the sole, direct, and proximate negligence of Defendant. The injury incident was not caused by Plaintiff's conduct.

11. As the direct result of the negligence of Defendant, Plaintiff sustained injuries which have caused Plaintiff pain, suffering, mental and emotional anguish and a general decrease in the quality of life. At this time Plaintiff does not know whether any

of said injuries are permanent and, if so, the extent of the permanency. Plaintiff believes and, therefore, alleges that said injuries may have a permanent, residual effect.

12. As a further result of the negligence of Defendant, Plaintiff has incurred expenses for hospital treatment, medical expenses, physicians, pharmaceuticals, physical therapy and other expenses, and may continue to incur such expenses in the future.

13. As a further result of the negligence of Defendant, Plaintiff has suffered a loss of income and earning capacity has been impaired. Plaintiff's income and earning capacity may be impaired in the future.

WHEREFORE, Plaintiff prays for judgment against Defendant, as follows:

(1) For general and compensatory damages in an amount to be proven at trial;

(2) For special damages for property damage, lost earnings, medical and other healthcare expenses which have been incurred and will be incurred in the future;

(3) For Plaintiff's costs herein; and

(4) For such other relief as the Court deems proper.

DATED this 26th day of October, 2020.

TIDMORE LAW OFFICES, P.L.L.C.

*Steve M. Tidmore*
Steve M. Tidmore, Esq.
Jesse L. Miller, Esq.
301 East Bethany Home Road, #C-178
Phoenix, Arizona 85012
Attorneys for Plaintiff

4

**EXHIBIT B**

DIRTYS PROCESS SERVICE LLC
602-469-8899

CLERK OF THE SUPERIOR COURT
FILED
S. OLMOS, DEP
2020 DEC 15 AM 9:58

IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| CARI A. MILLER aka CARI A. CLARK, an adult woman, | ) <br> ) Case No. CV2020-013608 <br> ) <br> ) CERTIFICATE OF SERVICE <br> ) BY A COURT CERTIFIED PROCESS SERVER <br> ) |
| Plaintiff, | |
| vs. | ) <br> ) |
| COSTCO WHOLESALE CORPORATION, a corporation; | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

MARK DOUGHERTY states: That he is duly qualified and licensed to serve process in this cause within the State in which it was served, having been so appointed by the court; that he received from Steve M. Tidmore, attorney for the Plaintiff, the documents as described below:
Summons, Complaint, Certificate Of Compulsory Arbitration

| PARTY SERVED | ADDRESS WHERE SERVED | DATE & TIME |
|---|---|---|
| Costco Wholesale Corporation, by serving Beth Erbe at CT Corporation System, stat agent | 3800 N. Central Ave #460 Phoenix, AZ 85012 | 12/14/20 10:32 a.m. |

| Service Fees: | Attempts | | 00.00 |
|---|---|---|---|
| | Service | | 36.00 |
| | Document Prep | | 15.00 |
| | Mileage (15) | 15 | 39.00 |
| | | TOTAL: | $ 90.00 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 14, 2020

Mark Dougherty  cert#4993
Dirtys Process Service LLC

**EXHIBIT C**

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
G. Roa, Deputy
10/26/2020 1:17:00 PM
Filing ID 12147214

Person/Attorney Filing: Steve M Tidmore
Mailing Address: 301 E. Bethany Home Rd., C-178
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602)264-1973
E-Mail Address: stidmore@tidmorelaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 007228, Issuing State: AZ

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF MARICOPA

Cari A. Miller
Plaintiff(s),
v.                                              Case No. CV2020-013608
Costco Wholesale Corporation                    **SUMMONS**
Defendant(s).

To: Costco Wholesale Corporation

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #5091370

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *October 26, 2020*

*JEFF FINE*
Clerk of Superior Court

By: *GABRIELA ROA*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

**EXHIBIT D**

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
G. Roa, Deputy
10/26/2020 1:17:00 PM
Filing ID 12147212

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

**Plaintiff's Attorney:**
Steve M Tidmore
Bar Number: 007228, issuing State: AZ
Law Firm: Tidmore Law Offices,P.L.L.C.
301 E. Bethany Home Rd., C-178
Phoenix, AZ 85012
Telephone Number: (602)264-1973
Email address: stidmore@tidmorelaw.com

**Plaintiff:**
Cari A. Miller
301 E. Bethany Home Rd., C-178
Phoenix, AZ 85012
Telephone Number: (602)264-1973
Email address: Stidmore@tidmorelaw.com

**Defendant:**
Costco Wholesale Corporation

Discovery Tier t3

Case Category: Tort Motor Vehicle
Case Subcategory: Non-Death/Personal Injury

CV2020-013608

**EXHIBIT E**

Clerk of the Superior Court
*** Electronically Filed ***
G. Roa, Deputy
10/26/2020 1:17:00 PM
Filing ID 12147213

Person/Attorney Filing: Steve M Tidmore
Mailing Address: 301 E. Bethany Home Rd., C-178
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602)264-1973
E-Mail Address: stidmore@tidmorelaw.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 007228, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Cari A. Miller
Plaintiff(s),
v.
Costco Wholesale Corporation
Defendant(s).

Case No. CV2020-013608

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

**RESPECTFULLY SUBMITTED this**

By: Steve M Tidmore /s/
Plaintiff/Attorney for Plaintiff

**EXHIBIT F**



Select Language ▼

Powered by Google Translate

# Civil Court Case Information - Case History

### Case Information
| | | | |
|---|---|---|---|
| Case Number: | CV2020-013608 | Judge: | Arbitration 01 | Stephens |
| File Date: | 10/26/2020 | Location: | Downtown |
| Case Type: | Civil | | |

### Party Information
| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Cari A Miller | Plaintiff | Female | Steve Tidmore |
| Costco Wholesale Corporation | Defendant | | Pro Per |

### Case Documents
| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 12/15/2020 | AFS - Affidavit Of Service | 12/17/2020 | |

**NOTE:** COSTCO WHOLESALE CORPORATION

| | | | |
|---|---|---|---|
| 10/26/2020 | COM - Complaint | 10/26/2020 | |

**NOTE:** Complaint

| | | | |
|---|---|---|---|
| 10/26/2020 | CSH - Coversheet | 10/26/2020 | |

**NOTE:** Civil Cover Sheet

| | | | |
|---|---|---|---|
| 10/26/2020 | CCS - Cerificate Arbitration - Subject To | 10/26/2020 | |

**NOTE:** Certificate Of Compulsory Arbitration - Is Subject To

| | | | |
|---|---|---|---|
| 10/26/2020 | SUM - Summons | 10/26/2020 | |

**NOTE:** Summons

### Case Calendar
**There are no calendar events on file**

### Judgments
**There are no judgments on file**